**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :   No. 676 MAL 2019

            Respondent           :

                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

           v.                    :

                                :

RODERICK SIMS,                  :

                                :

            Petitioner             :


## ORDER


**PER CURIAM**

     **AND NOW**, this 1st day of April, 2020, the Applications for Leave to Amend and the Motion to Withdraw Amendments are GRANTED. The Petition for Allowance of Appeal is DENIED.